UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>HNA GROUP (INTERNATIONAL) CO., LTD., et al., <br><br>　　　　Defendants. | Case No. 21-cv-02841-SBA <br><br> **ORDER OF RECUSAL** |

I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court. All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED**.

Dated: February 17, 2022

　　　　　　　　　　　　　　　　　　　　／s／ Saundra B. Armstrong RS
　　　　　　　　　　　　　　　　　　　　Richard Seeborg for Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　U.S. District Judge