UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>HNA GROUP (INTERNATIONAL) CO., LTD., et al.,<br><br>        Defendants. | Case No. 21-cv-02841-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 97 |

Defendant Nishith Kumar requests an extension of time from October 25, 2022 to October 31, 2022 to respond to Fareportal's proposed protective order. ECF No. 97. Kumar's request is granted. Fareportal's deadline to file a reply brief is extended to November 7, 2022.

**IT IS SO ORDERED.**

Dated: October 24, 2022

THOMAS S. HIXSON
United States Magistrate Judge