UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAREPORTAL, INC.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**HNA GROUP (INTERNATIONAL) CO., LTD., ET AL.,**<br><br>  Defendants. | Case No. 4:21-cv-02841-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SUBSTITUTE COUNSEL** |

TO DEFENDANT HNA GROUP (INTERNATIONAL) COMPANY LIMITED:

You are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than November 30, 2022,** why HNA Group (International) Company Limited's ("HNA Group International") answer at Docket Number 55 should not be stricken and default entered for failure to substitute counsel. A hearing on this order to show cause is **SET** via Zoom videoconference on December 5, 2022 at 2:30 p.m.

As this Court has previously advised HNA Group International, corporations and unincorporated associations must be represented by counsel and failure to appear through counsel may result in pleadings being stricken. (*See* Dkt. No. 99.) Failure to respond to this order to show cause or appear at the hearing will result in the answer being stricken and default being entered.

HNA Group International's prior counsel shall serve this order to show cause upon HNA Group International via email.

**IT IS SO ORDERED**.

Dated: November 14, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**