| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>NEIL A.F. POPOVIĆ, Cal. Bar No. 132403<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:    415.434.9100<br>Facsimile:    415.434.3947<br>E mail    npopovic@sheppardmullin.com |

APPROVED
*[signature]*
Judge Yvonne Gonzalez Rogers

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JONATHAN H. STOLER, (Admitted, *pro hac vice*)
ROBERT S. FRIEDMAN, (Admitted, *pro hac vice*)
KEVIN J. SMITH, (Admitted, *pro hac vice*)
SHIN Y. HAHN, (Admitted, *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 653-8700
Facsimile:    (212) 653-8701
E mail    jstoler@sheppardmullin.com
    rfriedman@sheppardmullin.com
    kjsmith@sheppardmullin.com
    shahn@sheppardmullin.com

*Attorneys for Plaintiff Fareportal Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREPORTAL, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>HNA GROUP (INTERNATIONAL) CO., LTD., HNA CAPITAL, LTD., JASON CHEN; LEI SHI; AND NISHITH KUMAR A/K/A NISHITH VARMA;<br><br>            Defendants. | Case No. 21-cv-02841-SBA<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Action Filed: April 16, 2021 |

SMRH:4887-7865-8398.1

| | |
|---|---|
| 1 | Plaintiff Fareportal, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all claims for relief in the complaint against defendant Lei Shi without prejudice. Lei Shi has filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  As such, this Notice of Dismissal by Plaintiff is appropriate. |

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  April 20, 2023

By   */s/ Neil A.F. Popović*
KEVIN J. SMITH
NEIL A.F. POPOVIĆ
JONATHAN H. STOLER
ROBERT S. FRIEDMAN
SHIN Y. HAHN

Attorneys for Plaintiff Fareportal Inc.